ATTORNEY GRIEVANCE COMMISSION    *    IN THE

OF MARYLAND         *

200 Harry S. Truman Parkway    *    COURT OF APPEALS

Suite 300          *

Annapolis, Maryland 21401     *    OF MARYLAND

             *

   Petitioner        *

             *

v.             *

             *

Robert G. Lipman       *    Misc. Docket AG

             *

             *    No. 80

             *

   Respondent       *    September Term, 2016

             *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court of Appeals of Maryland, having consider the Joint Petition of the Attorney

Grievance Commission and Respondent, Robert G. Lipman, to place Respondent on Inactive

Status by Consent pursuant to Maryland Rule 19-736(c), it is this ___12th___ day of

___January___, 2017;

ORDERED, that the Joint Petition be, and it is hereby GRANTED, and the Respondent,

Robert G. Lipman, is hereby placed on Inactive Status by consent; and it is further,

ORDERED, that the Clerk of this Court shall remove the name of Robert G. Lipman

from the register of attorneys in the Court and certify that fact to the Client Protection Fund of

the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with

Maryland Rule 19-761.

               /s/ Clayton Greene Jr.
               Senior Judge

4